UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2022__

| | |
|---|---|
| DAGAN INVESTMENTS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>FIRST HIGH-SCHOOL EDUCATION GROUP CO., LTD., SHAOWEI ZHANG, LIDONG ZHU, GUANGZHOU ZHAO, YUANLIN HU, LONGWATER TOPCO B.V., EQT MID MARKET ASIA III LIMITED PARTNERSHIP, EQT MID MARKET ASIA III GP B.V., EQT FUND MANAGEMENT S.À R.L., COLLEEN A. DE VRIES, COGENCY GLOBAL INC., THE BENCHMARK COMPANY LLC, VALUABLE CAPITAL GROUP LIMITED, TFI SECURITIES AND FUTURES LIMITED, AMTD GLOBAL MARKETS LIMITED, MAXIM GROUP LLC, BOUSTEAD SECURITIES, LLC, FUTU INC., US TIGER SECURITIES, INC. and FOSUN HANI SECURITIES LIMITED,<br><br>                  Defendants. | Civil Action No. 1:22-cv-03831-ALC<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL

4853-3155-7160.v1

Having considered the Motion of Dagan Investments LLC for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in Case No. 1:22-cv-03831-ALC shall be the master file for the action. All securities class actions on behalf of purchasers of First High-School Education Group Co., Ltd. American Depositary Shares arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Dagan Investments LLC is appointed Lead Plaintiff pursuant to 15 U.S.C. §77z-1(a)(3)(B)(iii).

4. Dagan Investments LLC's selection of the law firms of Robbins Geller Rudman & Dowd LLP and Abraham, Fruchter & Twersky, LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v).

5. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the briefing and argument of any and all motions;

(b) the conduct of any and all discovery proceedings including depositions;

(c) settlement negotiations;

(d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e) the preparation and filing of all pleadings; and

(f) the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 10/5/2022

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE