UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAGAN INVESTMENTS LLC,

                    Plaintiff,

      - against -

FIRST HIGH-SCHOOL EDUCATION GROUP
CO., ET AL.,

                    Defendants.

22-cv-3831 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a pre-motion conference by telephone on **April 17, 2023 at 3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          April 10, 2023

                       John G. Koeltl
              United States District Judge