```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAGAN INVESTMENTS LLC,

                Lead Plaintiff,

    - against -

FIRST HIGH-SCHOOL EDUCATION GROUP
CO., LTD., ET AL.,

                Defendants.

22-cv-3831 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the parties should submit a joint stipulation setting forth a proposed briefing schedule for the defendants' anticipated motion to dismiss, including a deadline for the filing of a second amended complaint in response to the motion to dismiss. The stipulation should include proposed deadlines for the filing of a second motion to dismiss in response to any second amended complaint, as well as deadlines for the related responses and replies. The joint stipulation is due on **Friday, April 21, 2023**.

SO ORDERED.

Dated:    New York, New York
           April 17, 2023

                                          John G. Koeltl
                                United States District Judge