# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DAGAN INVESTMENTS LLC, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

   vs.

FIRST HIGH-SCHOOL EDUCATION GROUP CO., LTD., SHAOWEI ZHANG, LIDONG ZHU, GUANGZHOU ZHAO, YUANLIN HU, LONGWATER TOPCO B.V., EQT MID MARKET ASIA III LIMITED PARTNERSHIP, EQT MID MARKET ASIA III GP B.V., EQT FUND MANAGEMENT S.À R.L., COLLEEN A. DE VRIES, COGENCY GLOBAL INC., THE BENCHMARK COMPANY LLC, VALUABLE CAPITAL GROUP LIMITED, TFI SECURITIES AND FUTURES LIMITED, AMTD GLOBAL MARKETS LIMITED, MAXIM GROUP LLC, BOUSTEAD SECURITIES, LLC, FUTU INC., US TIGER SECURITIES, INC. and FOSUN HANI SECURITIES LIMITED,

          Defendants.

Case No. 1:22-cv-03831-JGK

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Defendants' Motion to Dismiss the Amended Complaint (the "Motion"). Having considered the papers filed by the parties, and having heard oral argument, it is hereby:

ORDERED that that the Motion is GRANTED without further leave to amend; and it is

further

ORDERED that the claims against the Defendants set out in the Amended Complaint are

DISMISSED WITH PREJUDICE.


Dated: _____                                    _____

                                            Hon. John G. Koeltl U.S.D.J.