```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAGAN INVESTMENTS LLC,

           Lead Plaintiff,

   - against -

FIRST HIGH-SCHOOL EDUCATION GROUP CO., LTD., ET AL.,

           Defendants.

22-cv-3831 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held on April 17, 2023, and as set forth in the parties' stipulation (ECF No. 47), the defendants' motion to dismiss the plaintiff's first amended complaint (ECF No. 49) is **denied without prejudice** in light of the plaintiff's filing of a second amended complaint (ECF No. 52) on June 19, 2023. The parties should brief the defendants' new motion to dismiss in accordance with the schedule provided in the stipulation (ECF No. 47).

The Clerk is respectfully directed to close ECF No. 49.

**SO ORDERED.**

Dated:    New York, New York
           July 5, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge