**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAGAN INVESTMENTS LLC, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-03831-JGK |
| Plaintiff, | **DECLARATION OF ANGUS NI IN SUPPORT REPLY TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| vs. | |
| FIRST HIGH-SCHOOL EDUCATION GROUP CO., LTD., SHAOWEI ZHANG, LIDONG ZHU, GUANGZHOU ZHAO, YUANLIN HU, LONGWATER TOPCO B.V., EQT MID MARKET ASIA III LIMITED PARTNERSHIP, EQT MID MARKET ASIA III GP B.V., EQT FUND MANAGEMENT S.À R.L., COLLEEN A. DE VRIES, COGENCY GLOBAL INC., THE BENCHMARK COMPANY LLC, VALUABLE CAPITAL GROUP LIMITED, TFI SECURITIES AND FUTURES LIMITED, AMTD GLOBAL MARKETS LIMITED, MAXIM GROUP LLC, BOUSTEAD SECURITIES, LLC, FUTU INC., US TIGER SECURITIES, INC. and FOSUN HANI SECURITIES LIMITED, | |
| Defendants. | |

I, Angus Ni, am over the age of 18 and have personal knowledge of the matters that I am declaring to here, I declare under penalty of perjury that:

1.      I am counsel of record for Defendant First High-School Education Croup Co. ("FHS") in the above-captioned action.

2.      Attached hereto and incorporated by reference are true and correct copies of the following exhibits:

Exhibit O:      is a true and correct copy of an article entitled "The Educational Outcome of China's Two Sessions (NPC) And (CPPCC) 2021" published by Modern Diplomacy on March 16, 2021.

Exhibit P:      is a true and correct copy of an article entitled "High-Quality Healthcare, Education Systems Highlighted in China's Two Sessions" published by CGTN on March 7, 2021.

Exhibit Q:      is a true and correct copy of a Report and Recommendation issued on July 20, 2023, in *Wong Haping, et al. v. 17 Education & Technology Group Inc., et al.* (case no. 1:22-cv-09843-LAK-SDA).

Exhibit R:      is a true and correct copy of an article entitled "Xi Focus: Xi stresses safeguarding people's health, building quality basic public education" published by Xinhua Net on March 7, 2021.

Exhibit S:      is a true and correct copy of the same CGTN article entitled "High-Quality Healthcare, Education Systems Highlighted in China's Two Sessions" published by Business Wire on March 6, 2021.

Dated: September 11, 2023                    By: _____

                                                 Angus F. Ni

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023 I electronically filed the foregoing document on the Court's ECF system, which will transmit it by e-mail to the following recipients:


Samuel H. Rudman
William J. Geddish
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
srudman@rgrdlaw.com
wgeddish@rgrdlaw.com

Jack G. Fruchter
Lawrence D. Levit
Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
JFruchter@aftlaw.com
LLevit@aftlaw.com

*Attorneys for Plaintiff*

By:    /s/ *Angus F. Ni*
           Angus F. Ni