# EXHIBIT O

Case 1:22-cv-03031-JGK   Document 59-1   Filed 09/11/23   Page 2 of 4





EAST ASIA

# The Educational Outcome of China's Two Sessions (NPC) And (CPPCC) 2021



Published 2 years ago on March 16, 2021
By **Ali Abbas**

PU



Putin's ʌ

Human
during and after the

Warrior
Pakistani Retired M
Rated **5.00** out of 5

Armenia
Strategic Issues
Rated **5.00** out of 5

National People's Congress (NPC) and Chinese People's Political Consultative Conference (CPPCC) are the top legislative bodies and institutions of China. These meetings are the central government's way of telling to the people of China and the world that what its priorities and plans are for the next year or more than a year. The two sessions have covered different agendas, government work report, discussions on long term goals and five year development plan, economic development plan of 2021, the decisive measures to curb the spread of COVID-19, and the development of Covid-19 vaccine, and educational system.

0
Comments

Here I am discussing about the educational measures, suggestions and reforms taken by the different delegates in the conference including president Xi Jinping and Premier Li. The representative Tang Jiangpeng said on the two sessions that, "Good education is aimed to help and shape the healthy and complete personalities of the children. Education plays a vital role in cultivating outstanding youth." The society develops when its youth are

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept   Reject   **Read More**

Case 1:22-cv-03831-JGK Document 59-1 Filed 09/11/23 Page 3 of 4

understand the pros and cons within the societal circle. He/she can aware about the rights and responsibilities of a citizen.

In these two sessions the buzzword called involution that is the disordered, meaningless, worthless and chaotic competition in the existing educational system that is a "rat race" which puts a huge pressure on students in their educational career. Meaningless race in education effects the quality of education, it effects the student's creativity, innovation and also personal development. This phenomena noted by the President Xi Jinping stress the need to broadly stimulate the reforms of education methods, school running mode, and management system to further promote the building of high quality education. These sessions highlights the role of teachers the backbone of educational system. The most important and appealing sentence used during these two sessions was "high quality teachers make for high quality education"

The buzzword education involution, anxiety exist in every society, everywhere in the world, but its intense is vary from society to society and education system. Competition from early ages of the child for securing a better place in the school, then securing admission in a best college, and university. Looking for better job in order to secure a better position in the future. In my opinion parents also have an important and curial role in order to build pressure on the child. They are stressing to the child from his/her early ages to do hard work in studies that you will get a better job and position and in the future. In some societies even parents select the major subjects for their child without knowing about the child priorities, interests and motivation. Anxiety is often caused by worrying about the future, but the reality is different about the future because future is uncertain, nobody knows about the future. So staying engaged in the present is wise thinking to reduce anxiety and stress. The government has the responsibility to provide a better economic and financial opportunities to the youth educated youth.

Premier Li Keqiang mentioned that "educational equality" is the most important one among the all equalities. It means education for all, everyone, every child has right to education, whether he/she belongs to urban areas or rural areas. Educational equality for all groups of the society, poor and working class, middle class or upper class. It is the most important for the development and societal growth. According to the premier Li's speech in the session the government has considered the recovery pace of economic growth. China has set a high quality growth target more than 6 percent GDP. NPC agenda high growth economy which has grown despite pandemic pressure. The target will give the government more space to push reforms when uncertainties remain, such as the COVID-19 and US-China trade tensions. The sustainable economic growth will uphold the sustainable high quality education. The economic growth has direct effect on education, even these two most important pillars of the state and society. A high quality education will contribute innovations, creativity in science and technology, political spheres, policy making and country's foreign relations. The sustainable economic growth will strengthen the country's economy and uphold the living standards of the people.

The comprehensive reforms in educational system will uphold the sustainable growth within the society. In order to reduce the anxiety students should stop worrying about their future, staying in the present, engaging in a fruitful activity. The meaning less

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.  Accept   Reject   **Read More**

Case 1:22-cv-03931-JGK    Document 59-1    Filed 09/11/23    Page 4 of 4

motivate them according to their own motivation and interests. This motivation and interest by the choice of youth will generate a healthy competition among all on the basis of creativity and innovation. First the motivation brings the personal growth and development, it helps the building of an influential personality. Secondly, it reduce the anxiety among youth, satisfaction about the personal life, not worry too much about the future.

RELATED TOPICS:   #CHINA   #EDUCATION

**DON'T MISS**

‹  **China soon intends to occupy Taiwan similar to the Crimea annexation scenario**

**UP NEXT**

**China is slowly killing democracy in Hong Kong**  ›



**Ali Abbas**

Ali Abbas, Ph.D. candidate at the School of Politics and International Studies, Central China Normal University Wuhan, PR China

## YOU MAY LIKE



**Joining BRICS is no rejection of the West**



**Charting a green Belt and Road**



**Colonial Dilemmas of the West**



**Contrary to Western claims, BRICS has an ideology and here's what it is**



**Impulse of Multipolarity: Outcomes of South Africa's BRICS Summit**



**Designs of 'Windmills' amid Blowing Winds of History Actively Debated at World Peace Forum**

COMMENTS

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept   Reject   **Read More**