# EXHIBIT R

Case 1:22-cv-03821-JGK   Document 59-4   Filed 09/11/23   Page 2 of 4



中文   |   English   |   Español   |   Français   |   Русский   |   عربي   |   Português   |   日本語   |   한국어   |   Deutsch

Home    Latest News    Focus    GLOBALink    Photos    Comments    Press Conference    Documents    Backgr

# Xi Focus: Xi stresses safeguarding people's health, building quality basic public education

Source: Xinhua  |  2021-03-07 01:01:44 | Editor: Mu Xuequan



Chinese President Xi Jinping, also general secretary of the Communist Party of China (CPC) Central Committee and chairman of the Central Military Commission, visits national political advisors from education, medical and health sectors attending a joint group meeting at the fourth session of the 13th

National Committee of the Chinese People's Political Consultative Conference (CPPCC) in Beijing, capital of China, March 6, 2021. Xi joined them in the discussion and heard their comments and suggestions. Wang Yang, a member of the Standing Committee of the Political Bureau of the CPC Central Committee and chairman of the CPPCC National Committee, also attended the discussion. (Xinhua/Ju Peng)

BEIJING, March 6 (Xinhua) -- President Xi Jinping on Saturday stressed giving "strategic priority" to safeguarding people's health and building a high-quality and balanced basic public education service system.

Xi, also general secretary of the Communist Party of China Central Committee and chairman of the Central Military Commission, made the remarks when he joined national political advisors from education, medical and health sectors in a joint group meeting.

The meeting was held during the fourth session of the 13th National Committee of the Chinese People's Political Consultative Conference, the top political advisory body.

Xi called for focusing on tackling major diseases and problems that affect people's health.

The country's public health protection network should be fortified and efforts should be made to promote the high-quality development of public hospitals, he said, demanding comprehensive health care for the people at all stages of life.

Noting that China had scored hard-won achievements over the past year, Xi commended health workers for "putting up an iron wall" against COVID-19 at a critical time.

The fight against COVID-19 has once again proved that prevention is the most economical and effective health strategy, Xi said, calling for reforming and improving the disease prevention and control system.

He urged efforts to strengthen the capabilities for initial monitoring and early warning, rapid testing, emergency response and comprehensive treatment.

Stressing the "main force" role of public hospitals in fighting COVID-19, Xi called for strengthening construction of public medical and health institutions.

Health infrastructure at the grassroots level should be improved and support policies for rural doctors should be implemented in an effort to enhance the grassroots capacity of disease prevention and treatment, he said, calling for efforts to deepen the reform of the medical and healthcare system.

Xi also urged the preservation and development of traditional Chinese medicine and breakthroughs in core technologies in key areas, as well as more protection, care and support for health workers.

On education, Xi said China must strive to build a high-quality and balanced basic public education service system.

He emphasized the socialist orientation in running schools, the non-profit nature of education and developing education that people are satisfied with.

Education is essential to the country and the Party, Xi stressed.

To build a high-quality education system, the reform of the evaluation system should be in the lead, so as to push forward reforms in other aspects of education, said Xi.

He called for efforts to train more talents who can contribute to the country's high-quality development and high-level self-reliance.

Teachers are the central pillar of education, and strengthening the professional ethics of teachers must be a top priority, Xi said.

Case 1:22-cv-03831-JGK    Document 59-4    Filed 09/11/23    Page 4 of 4

He praised education workers for their contributions to fighting the epidemic. He also demanded more support for teachers in rural areas.

Ahead of the International Women's Day, which falls on March 8, Xi extended festive greetings and best wishes to the country's women of all ethnic groups and from all walks of life. He applauded the contributions made by Chinese women to the cause of socialism with Chinese characteristics in the new era.

The joint efforts of the whole Chinese nation, including Chinese women, are needed in realizing the development goals of the Party and the state, Xi said.

Party committees and governments at all levels should fully understand the great significance of women's cause and protect women's rights and interests in accordance with the law, he said. Enditem

1    2    3    4    Next

Copyright © 2000-2023 XINHUANET.com All rights reserved.