# EXHIBIT S



## High-Quality Healthcare, Education Systems Highlighted in China's Two Sessions

Cookies Settings

Accept All Cookies

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookie Policy (https://services.businesswire.com/cookie-policy)**

## Xi highlights women's contribution to social development

March 06, 2021 10:41 PM Eastern Standard Time

BEIJING--(BUSINESS WIRE)--Building Healthy China and a high-quality education system are both important content in the draft outline of the 14th Five-Year Plan (2021-2025) for national economic and social development and the long-range objectives through the year 2035, which will be reviewed by lawmakers at the ongoing National People's Congress (NPC) session.

On the second day of this year's annual session of the NPC, China's national legislature, President Xi Jinping joined a group meeting with national political advisors from the education, medical and health sectors.

He attended joint group meetings with national political advisors from various sectors during the Two Sessions eight times from 2013 to 2020, hearing their comments and suggestions.

**Ensuring people's health**

Talking about work in medical and health areas, Xi reiterated holding people's health as a strategic priority, calling for more efforts in accelerating the implementation of the Healthy China initiative.

He also mentioned the experience gained from fighting against COVID-19 and said that facts have proven once again that prevention is the most cost-effective and effective health strategy.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookie Policy (https://services.businesswire.com/cookie-policy)**

He emphasized improving disease prevention and control system, developing a strong public health system, and stepping up healthcare system reform, are stressed by Xi.

The country's public health protection network should be fortified, and efforts should be made to promote the high-quality development of public hospitals, he said, demanding comprehensive health care for the people at all stages of life.

From 2016 to 2020, the government arranged 141.5 billion yuan, up 23 percent since the 12th FYP period (2011-2015), from the central budget to invest in more than 8,000 public health projects such as the construction of disease control and prevention centers.

Meanwhile, hailing medical workers as the guardians of people's lives and health, Xi stressed strengthening protection and care for medical workers.

Since the virus outbreak, Xi has held multiple meetings, delivered important speeches, and made instructions to express the Communist Party of China (CPC) Central Committee's care for medical workers battling the epidemic at the frontline, especially in Hubei and its capital city Wuhan.

**Building high-quality education system**

As for work in education, Xi noted the need to comprehensively promote the reform of education methods, school-running mode, and management systems to further promote the construction of a high-quality education system.

According to the draft outline of the 14th Five-Year Plan, the education level of the entire population will be continuously improved, while the multi-tiered social security system and health system will be further enhanced.

The president also highlighted the role of teachers, calling them the backbone of education and saying that high-quality teachers make for high-quality education.

He also extended festive greetings and best wishes to the country's women of all ethnic groups and from all walks of life ahead of International Women's Day, which falls on March 8.

On all fronts, such as the decisive victory in building a moderately prosperous society in all respects, the decisive fight against poverty, and the COVID-19 pandemic, women have fought bravely and tenaciously, fully demonstrating the grace of women in the new era, said Xi.

https://news.cgtn.com/news/2021-03-06/Xi-meets-political-advisors-joins-discussions-at-annual-session-YpsWeY0u9q/index.html

Contacts
Media:
Jiang Simin
jiang.simin@cgtn.com
+86 18826553286

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
**Cookie Policy (https://services.businesswire.com/cookie-policy)**