UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAGAN INVESTMENTS, LLC,   22-cv-3831 (JGK)

        Plaintiff,   <u>ORDER</u>

- against -

FIRST HIGH-SCHOOL EDUCATION GROUP
CO., LTD., ET AL.

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the second amended complaint. ECF No. 54.

SO ORDERED.

Dated:    New York, New York
            September 12, 2023

                                      John G. Koeltl
                              United States District Judge