## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DAGAN INVESTMENTS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HIGH-SCHOOL EDUCATION GROUP CO., LTD., SHAOWEI ZHANG, LIDONG ZHU, GUANGZHOU ZHAO, YUANLIN HU, LONGWATER TOPCO B.V., EQT MID MARKET ASIA III LIMITED PARTNERSHIP, EQT MID MARKET ASIA III GP B.V., EQT FUND MANAGEMENT S.À R.L., COLLEEN A. DE VRIES, COGENCY GLOBAL INC., THE BENCHMARK COMPANY LLC, VALUABLE CAPITAL GROUP LIMITED, TFI SECURITIES AND FUTURES LIMITED, AMTD GLOBAL MARKETS LIMITED, MAXIM GROUP LLC, BOUSTEAD SECURITIES, LLC, FUTU INC., US TIGER SECURITIES, INC. and FOSUN HANI SECURITIES LIMITED,<br><br>Defendants. | Case No. 1:22-cv-03831-JGK |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice of Supplemental Authority regarding the order granting defendants' motion to dismiss in *Wong et al. v. 17 Education & Technology Group Inc. et al.* (No. 1:22-cv-09843-LAK-SDA) issued on November 8, 2023, attached hereto as Exhibit T (the "Order"). The Order affirms the Magistrate Judge's Report and Recommendation granting 17 Education's motion to dismiss, which was previously submitted to the Court as Exhibit Q to the Declaration of Angus Ni in Support of Defendants' Reply to Motion to Dismiss (Dkt No. 59).

Upon consideration of the R&R, Judge Kaplan concludes that, "the Magistrate Judge's decision that the claims are time barred is correct, that plaintiffs' objection to the recommendation should be overruled, and that the first amended complaint therefore should be dismissed."

As explained in Defendants' Reply Memorandum of Law in Support of Motion to Dismiss (Dkt No. 58), *17 Education* is another hindsight suit brought against a Chinese after-school tutoring company with identical claims as in this action. Accordingly, the Order affirming the dismissal in *17 Education* provides additional support for Defendants' position that the Motion to Dismiss should be granted.

Respectfully Submitted,

Dated: November 13, 2023                                    **AFN LAW PLLC**

By: _____

Angus F. Ni
Serena Y. Yang
41 Madison Ave, 31st Floor,
New York, NY 10010
(646) 453-7294
angus@afnlegal.com

*Attorney for Defendants First High-School Education Croup Co., Ltd.*

**KIRKLAND & ELLIS LLP**

By: */s/ Matthew Solum, P.C*
Matthew Solum, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
msolum@kirkland.com

*Attorney for Benchmark Company, LLC, Maxim Group LLC, Boustead Securities, LLC, Futu Inc., and US Tiger Securities, Inc.*

**K&L GATES LLP**

By: /s/ Joanna A. Diakos
Joanna A. Diakos, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Tel.:  (212) 536-3900
Fax:  (212) 536-3901
Email:  joanna.diakos@klgates.com

*Attorney for Defendants Cogency Global Inc., and Colleen A. DeVries*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 13, 2023 I electronically filed the foregoing document on the Court's ECF system, which will transmit it by e-mail to the following recipients:

Samuel H. Rudman
William J. Geddish
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
srudman@rgrdlaw.com
wgeddish@rgrdlaw.com

Jack G. Fruchter
Lawrence D. Levit
Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
JFruchter@aftlaw.com
LLevit@aftlaw.com

*Attorneys for Plaintiff*

By:    /s/ *Angus F. Ni*
        Angus F. Ni